# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PAUL CALLAHAN, | : | No. 137 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE COMMONWEALTH OF PENNSYLVANIA COMMON PLEAS COURT OF BUCKS COUNTY, | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Extraordinary Relief is DENIED.